AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Eastern District of California

**FILED** NOV 2 0 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
v.
LARRY LAMAR HARRISON

**COMMITMENT TO ANOTHER DISTRICT**

Case No. *2:19-mj-00200-CKD

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | CR02-00140 ER | 2:19-mj-00200-CKD |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

___ Indictment  ___ Information  ___ Complaint  _X_ Other (specify) TSR Violation Petition

charging a violation of    18    U.S.C. §  3583

**DISTRICT OF OFFENSE**   CENTRAL DISTRICT OF CALIFORNIA

**DESCRIPTION OF CHARGES:**
TSR Violation

**CURRENT BOND STATUS:**
___ Bail fixed at $_____ and conditions were not met
___ Government moved for detention and defendant detained after hearing in District of Arrest
_✓_ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify)

**Representation**  ___ Retained Own Counsel  _X_ Federal Defender Organization  ___ CJA Attorney  ___ None

**Interpreter Required?**  _X_ No  ___ Yes  Language: _____

**DISTRICT OF** CALIFORNIA

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/20/2019
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |